UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| STEPHANIE WILLIAMS, ) | No. EDCV 07-8384 FFM |
| Plaintiff, ) | JUDGMENT |
| v. ) | |
| MICHAEL J. ASTRUE, Commissioner ) of Social Security Administration, ) | |
| Defendant. ) | |

In accordance with the Memorandum Decision and Order filed concurrently herewith,

IT IS HEREBY ADJUDGED that the decision of the defendant, the Commissioner of Social Security Administration, is affirmed and this action is dismissed with prejudice.

DATED: September 18, 2009          /S/ FREDERICK F. MUMM
                                                        FREDERICK F. MUMM
                                                     United States Magistrate Judge